In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00360-CV**
_____

**IN THE INTEREST OF K.Y.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-238,197**
_____

**MEMORANDUM OPINION**

In October 2021, the trial court signed a judgment in a case filed by the Texas Department of Family and Protective Services, in which the court granted the Department's request to terminate the parent-child relationship between two children and their parents. While the trial court still had plenary power over the final judgment, G.L.S. Jr. appeared and moved for new trial, claiming he was never properly notified or served with the Department's suit.

1

In response to G.L.S. Jr.'s motion, the Department filed a motion for new trial. In its motion, G.L.S. Jr. asked the trial court to grant his motion as to the extent the judgment applied to him. G.L.S. Jr. also filed a timely notice of appeal.

While the trial court had plenary power over its final judgment, the court granted G.L.S. Jr.'s motion for new trial.[1] *See* Tex. R. Civ. P. 329b(c), (e). Less than a week later, we notified the parties the Court intended to dismiss the appeal unless one of the parties to the appeal filed a valid objection to doing so since the appeal appeared to the Court to be moot. The parties did not object to the Court's suggestion after the Court sent the parties notice that the Court intended to dismiss the appeal as moot.

For the reasons explained above, the appeal is dismissed. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 15, 2021
Opinion Delivered December 16, 2021

Before Kreger, Horton and Johnson, JJ.

---

[1]The trial court did not vacate the final judgment, which also terminated the parent-child relationships between Mother and the two children named in the suit.